UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1807

CHARLES BENNETT,
Ex Rel,
Appellant

v.

BAYER CORPORATION, An Indiana Corporation;
JOHNSON & JOHNSON, a New Jersey Corporation;
MERCK & CO., INC., a New Jersey Corporation*;
JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.;
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS

(*Dismissed pursuant to Clerk's Order dated 06/21/2024)

D.N.J. No. 2:17-cv-04188

Before: PHIPPS, FREEMAN, and CHUNG, Circuit Judges

_____ORDER_____

      Due to errors in the opinion and judgment, as further outlined below, an amended opinion and judgment will be issued to correct said errors. The caption of both the opinion and judgment reflect that that the Honorable James B. Clark, III was the District Judge in this matter. The opinion and judgment have been amended to reflect that the Honorable Ester Salas was the District Judge in this matter. No other amendments were made. The Clerk is directed to file the amended opinion and judgment. These amendments do not change the date of filing, April 10, 2025.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: May 6, 2025
Tmm/cc: All Counsel of Record